**Timothy Stephen BELCHER, Plaintiff–Appellant,**

**v.**

**Timothy E. WHITE, Deputy Sheriff; Elaine Gravitt, Medical Administrator, Defendants–Appellees.**

**No. 01–7106.**

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 18, 2001.

Decided Jan. 9, 2002.

Timothy Stephen Belcher, Pro Se. Grady Michael Barnhill, Patrick T. Gillen, Scott D. Maclatchie, Womble, Carlyle, Sandridge & Rice, Charlotte, North Carolina; Betsy J. Jones, Charlotte, North Carolina; Tricia Morvan Derr, Golding, Holden, Pope & Baker, L.L.P., Charlotte, North Carolina, for Appellees.

Before WIDENER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Timothy Stephen Belcher appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Belcher v. White,* No. CA–98–506–MU (W.D.N.C. filed June 7, 2001; entered June 10, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*